712 A.2d 280

**In the Interest of D.M.**

Supreme Court of Pennsylvania.

July 8, 1998.

## *ORDER*

**PER CURIAM**

AND NOW, this **8th** day of **July, 1998,** the Petition for Allowance of Appeal is **GRANTED,** but **LIMITED** to the following issue:

Whether reasonable suspicion existed to conduct a lawful stop pursuant to the Fourth Amendment of the United States Constitution and Article 1, § 8 of the Pennsylvania State Constitution.